# UNITED STATES DISTRICT COURT

District of __Massachusetts__

__Michelle Lynne Kosilek__
Plaintiff

V.

__Kathleen Dennehy__
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, __Michelle Lynne Kosilek__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __MCI-Norfolk__

   Are you employed at the institution? __Yes__  Do you receive any payment from the __Yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends             ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☐ Yes    ☒ No
   e. Gifts or inheritances                            ☒ Yes $10.00   ☐ No
   f. Any other sources                                ☐ Yes birthday present  ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
    thing of value?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____        _____
June 30, 2004                  Michelle Lynne Kosilek
Date                           Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

MASSACHUSETTS  
DEPARTMENT OF CORRECTION  
Inmate Transaction History  
Summary Report

MCI NORFOLK

FILED
CLERKS OFFICE
2004 JUL 14 A 11: 59
U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| Inmate Name............ | KOSILEK    MICHELLE | |
| Commitment number.... | W53865 | |
| Period encompassed.... | 12/1/2003 THRU    6/1/2004 | |

| | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 29.41 | 0.00 | 29.41 |
| 20% of Six Month Average Daily Balance | 5.88 | | |
| Total Expenditures for Period | | | 281.60 |
| Total Income for Period | | | 231.26 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _Marsha Collins_  
MARSHA COLLINS, Treasurer

Time: 2:46 PM  
Date: 7/6/04

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

_court copy_

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040706 14:36

| Commit# : | W53865 | | | | MCI NORFOLK | | | Page : 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name : | KOSILEK, MICHELLE, L. | | | | Statement From | 20040101 | | |
| Inst : | MCI NORFOLK | | | | To | 20040701 | | |
| Block : | 6-1 | | | | | | | |
| Cell/Bed : | 206 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total Transaction before this Period : | $657.40 | $588.37 | $3.75 | $3.75 |
| 20040107 23:06 | PY - Payroll | 2209903 | | NOR | -20031221 To 20031227 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040108 14:59 | IC - Transfer from Inmate to Club A/c | 2215203 | | NOR | -PACKAGE TO: KIA EARP-POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20040108 22:30 | CN - Canteen | 2216976 | | NOR | -Canteen Date : 20040108 | $0.00 | $29.86 | $0.00 | $0.00 |
| 20040113 12:05 | IS - Interest | 2233804 | | NOR | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20040113 15:03 | IC - Transfer from Inmate to Club A/c | 2243502 | | NOR | -PACKAGE TO: KIA EARP-POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040114 23:06 | PY - Payroll | 2254540 | | NOR | -20031228 To 20040103 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040121 23:09 | PY - Payroll | 2281853 | | NOR | -20040104 To 20040110 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040128 23:06 | PY - Payroll | 2310827 | | NOR | -20040111 To 20040117 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040129 22:30 | CN - Canteen | 2317433 | | NOR | -Canteen Date : 20040129 | $0.00 | $26.17 | $0.00 | $0.00 |
| 20040204 23:06 | PY - Payroll | 2338717 | | NOR | -20040118 To 20040124 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040205 13:46 | IC - Transfer from Inmate to Club A/c | 2343493 | | NOR | -SPECIAL ORDER RECEIVED 10/29/03-KCN WASH ACCOUNT - Z5-KCN WASH ACCOUNT - Z5 | $0.00 | $3.77 | $0.00 | $0.00 |
| 20040205 13:47 | IC - Transfer from Inmate to Club A/c | 2343494 | | NOR | -SPECIAL ORDER RECEIVED 1/29/04- KCN WASH ACCOUNT - Z5 -KCN WASH ACCOUNT - Z5 | $0.00 | $3.45 | $0.00 | $0.00 |
| 20040310 11:40 | IS - Interest | 2363524 | | NOR | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20040211 23:07 | PY - Payroll | 2383749 | | NOR | -20040125 To 20040131 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040218 23:06 | PY - Payroll | 2411462 | | NOR | -20040201 To 20040207 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2440877 | | NOR | -20040208 To 20040214 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040226 22:30 | CN - Canteen | 2447855 | | NOR | -Canteen Date : 20040226 | $0.00 | $20.70 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2470271 | | NOR | -20040215 To 20040221 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2494674 | | NOR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2515691 | | NOR | -20040222 To 20040228 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040311 22:30 | CN - Canteen | 2523807 | | NOR | -Canteen Date : 20040311 | $0.00 | $18.86 | $0.00 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2544856 | | NOR | -20040229 To 20040306 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040318 15:38 | IC - Transfer from Inmate to Club A/c | 2550410 | | NOR | -INMATE CLOTHING PURCHASE - Z51--INMATE CLOTHING PURCHASE - Z51 | $0.00 | $35.48 | $0.00 | $0.00 |
| 20040318 22:30 | CN - Canteen | 2552051 | | NOR | -Canteen Date : 20040318 | $0.00 | $6.47 | $0.00 | $0.00 |
| 20040324 23:01 | PY - Payroll | 2574063 | | NOR | -20040307 To 20040313 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040325 22:30 | CN - Canteen | 2580830 | | NOR | -Canteen Date : 20040325 | $0.00 | $10.61 | $0.00 | $0.00 |
| 20040331 23:01 | PY - Payroll | 2602116 | | NOR | -20040314 To 20040320 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2631823 | | NOR | -20040321 To 20040327 | $7.50 | $0.00 | $0.00 | $0.00 |