PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions — Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under the penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $ _____ , you must pay the filing fee as required by the rules of the district court.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

| United States District Court | District | Massachusetts | |
|---|---|---|---|
| Name Michelle Lynne Kosilek | Prisoner No. W-53965 | | Case No. |
| Place of Confinement MCI-Norfolk PO Box Norfolk, MA 02056 | | | |

Name of Petitioner (include name under which convicted): Michelle Lynne Kosilek (FKA Robert J. Kosilek)

Name of Respondent (authorized person having custody of petitioner): v. Kathleen Dennehy - Commissioner

The Attorney General of the State of: Massachusetts - Tom Reilly

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: **Bristol Superior Ct. New Bedford, MA**

2. Date of judgment of conviction: **1-25-93**

3. Length of sentence: **Natural life**

4. Nature of offense involved (all counts): **Murder**

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

9. If you did appeal, answer the following:

   (a) Name of court __Supreme Judicial Court of Mass__

   (b) Result __Conviction Affirmed__

   (c) Date of result and citation, if known _____

   (d) Grounds raised __Ineffective assistance; failure to allow evidence; failure to allow view of crime scene.__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court __SJC-Mass Rule 30 Post Conviction Relief__

   (2) Result __Motion denied by Bristol Sup Ct and by Mass SJC.__

   (3) Date of result and citation, if known __April 28, 2004__

   (4) Grounds raised __Speedy Trial, Ineffective Assistance of Counsel__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __SJC-Mass__

    (2) Nature of proceeding __Rule 30 (a)(b) Post-Conviction Relief__

    (3) Grounds raised __Speedy Trial, Ineffective Assistance of Counsel__

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐    No ☒

(5) Result __Denial of Motion To Appeal__

(6) Date of result __Apr 26, 2004__

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.        Yes ☒        No ☐
    (2) Second petition, etc.      Yes ☐        No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: _Violation of Speedy Trial Right - Sixth Amendment_

Supporting FACTS (state *briefly* without citing cases or law) _Petitioner agreed to a two-week continuance shortly after arraignment for competency evaluation. Evaluation was done + sent to Court in several days, but defendant was never returned to Court for Bail Hearing or any other purpose for over a year and never heard from Counsel until she asked the Court to discharge him over a year after arraignment. Petitioner was denied access to legally-mandated documents needed to prove Speedy Trial violation for eleven years. 1991-2002_

B. Ground two: _Ineffective Assistance of Counsel_

Supporting FACTS (state *briefly* without citing cases or law) _Original counsel (O'B.) failed to monitor events properly, resulting in Speedy Trial violation and thirty-two month oppressive pre-trial incarceration. Trial counsel was ill-prepared, called no mitigating witnesses (Defendant had prepared a list of thirty) didn't allow defendant to testify and was appointed as an inappropriate remedy to defendant's attempt to secure rights as pro-se counsel. Appellate counsel failed to seek Speedy Trial remedy due to ignorance of appellate process and case law._

(c) At trial _Joan McDonough - Brockton, MA_

(d) At sentencing _Joan McDonough - Brockton, MA_

(e) On appeal _Jeffrey Baler - Quincy, MA_

(f) In any post-conviction proceeding _None_

(g) On appeal from any adverse ruling in a post-conviction proceeding _None_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?

    Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    Yes ☐   No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_June 30, 2004_
     (date)

_Michelle Lynne Kosilek_
Signature of Petitioner