UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>MICHELLE LYNNE KOSILEK</u>,
          Petitioner,

          v.

<u>KATHLEEN DENNEHY</u>,
          Respondent.

Civil Action

No. 04-11591-RCL

ORDER ON APPLICATION TO PROCEED
<u>WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT</u>

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915:

It is ORDERED that:

☐    The Application to Proceed Without Prepayment of Fees and Affidavit is GRANTED.

☒    The Application to Proceed Without Prepayment of Fees and Affidavit is DENIED for the following reason(s):

Petitioner has sufficient funds to pay the $5 filing fee for this action. Petitioner states in the cover letter that accompanies this petition that she is mailing a filing fee of $15.00 "under separate cover." Petitioner is advised that the fee is actually $5.00, not $15.00. 28 U.S.C. § 1914(a).

☒    It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee within 42 days of the date of this Order or this case will be dismissed without prejudice.


7/19/2004                     s/ Reginald C. Lindsay
DATE                         UNITED STATES DISTRICT JUDGE