United States District Court
Office Of The Clerk
One Courthouse Way Rm 2300
Boston, MA 02210

July 30, 2004

CA 04-11591 RCL

Dear Sir or Madam:

On or about July 8, 2004, I sent a Petition for Habeas Corpus to your office, and a filing fee of $15.00 under separate cover.

On July 19, 2004 Judge Reginald C. Lindsay issued an order for me to pay a $5.00 filing fee within 42 days, and informed me that I had sent the wrong amount. The Office of the Clerk has not returned the check I sent for $15.00, but I am enclosing another for $5.00, such amount to be credited as filing fee for the above-referenced Civil Action.

Please return the aforementioned $15.00 check at your convenience

Enclosure

Sincerely
Michelle Lynne Kosilek Pro-Se
Michelle Lynne Kosilek

The Commonwealth of Massachusetts
MCI NORFOLK
IFA ACCOUNT
Sovereign Bank
2890059217
08/02/04

United States District Court
Office Of The Clerk
One Courthouse Way Rm 2300
Boston, MA 02210

FILED
2004 AUG -5 P 12: 11
U.S. DISTRICT COURT
DISTRICT OF MASS

July 30, 2004

RE: CA 04-11591 RCL

Dear Sir or Madam:

On or about July 8, 2004, I sent a Petition for Habeas Corpus to your office, and a filing fee of $15.00 under separate cover.

On July 19, 2004 Judge Reginald C Lindsay issued an order for me to pay a $5.00 filing fee within 42 days, and informed me that I had sent the wrong amount. The Office of the Clerk has not returned the check I sent for $15.00, but I am enclosing another for $5.00, such amount to be credited as filing fee for the above-referenced Civil Action.

Please return the aforementioned $15.00 check at your convenience.

Enclosure

Sincerely
Michelle Lynne Kosilek Pro-Se
Michelle Lynne Kosilek
Box 43
Norfolk, MA 02056

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### MCI NORFOLK

Date: 2004 0708 10:35:05     Inmate Disbursement Receipt     Receipt # 3057085

| Field | Value |
|---|---|
| Institution : | MCI NORFOLK |
| Unit : | 6-1 |
| Block: | 206 |
| Commit # : | W53865 |
| Name : | KOSILEK, MICHELLE, L |
| Type Of Transaction : | EX - External Disbursement |
| Date of Transaction : | 20040708 |
| Source : | |
| External Contact : | CLERK U S DISTRICT COURT |
| Amount : | $ 15.00 |
| Comments : | |

**Current Balances :**

| Personal | Savings | Frozen | Sentence Fees | Restitution Fees | Loan Amount |
|---|---|---|---|---|---|
| 13.69 | .00 | .00 | .00 | .00 | .00 |