UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHELLE LYNN KOSILEK )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>LUIS SPENCER )<br>)<br>Respondent. ) | Civil Action No. 04-11591-RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

7

## LIST OF EXHIBITS

Exhibit 1: *Commonwealth v. Kosilek*, 423 Mass. 449, 668 N.E. 2d 808 (1996)

Exhibit 2: Docket Entries from Bristol Superior Court

Exhibit 3: Docket Entries from Supreme Judicial Court for Suffolk County