SCANNED
DATE: 08/16/04
BY: SM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE LYNN KOSILEK )
)
Petitioner, )
)
v. )  Civil Action No. 04-11591-RCL
)
LUIS SPENCER )
)
Respondent. )

## MOTION TO DISMISS

The respondent, Luis Spencer, Superintendent of MCI Norfolk, respectfully moves this Court to dismiss the above-captioned petition for writ of habeas corpus for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). The petition is time-barred. See 28 U.S.C. § 2244 (d)(1)(A).

A memorandum in support of this Motion is attached.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060