Honorable Reginald C. Lindsay
United States District Judge
One Courthouse Way
Boston, MA 02210

Sep 8, 2004

Dear Judge Lindsay:

Re 04-11591 RCL

On 7-19-04 you issued an Order that I pay the five-dollar filing fee within 42 days, although I had sent a check for fifteen dollars on 7-8-04.

On 8-2-04 I sent another check for five-dollars, but I have not had my original fifteen-dollars returned to me and have not received notice that either check was received.

Attached are two receipts from the Office of the Treasurer at MCI-Norfolk to confirm the above. May I please have my fifteen dollars back? The Clerk's Office has not responded to inquiries.

Sincerely
Michelle Lynne Kosilek
Michelle Lynne Kosilek Pro-se

cc File