UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MICHELLE LYNN KOSILEK**

V.                                              CIVIL ACTION NO. **04-11591-RCL**

**LUIS SPENCER**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Order of October 23, 2004 allowing the motion to dismiss of the defendant Luis Spencer, Judgment is hereby entered as follows: Judgment for the defendant Luis Spencer dismissing this action.

/s/ Lisa M. Hourihan

October 25, 2004                        ---------------------------
                                        Deputy Clerk