

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS  02210

October 28, 2004

Ms. Michelle Kosilek
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056

Dear Ms. Kosilek:

   I am responding to your letter dated September 8, 2004, in which you seek the return of a $15.00 check sent by you to this Court.

   I have spoke with the Court's financial office, and have been informed that they do not have a record of receiving a $15.00 payment from you, and that if such a payment had been received, it would have been returned to you because the filing fee for habeas actions is $5.00.  A $5 payment was received from you on August 9, 2004.

   If you still believe that a $15.00 payment was received by the Court, you may wish to attempt to trace the check issued by your institution and determine if it was cashed.  If you have such information, the Financial Office may then be able to refund the funds.

                                        Very truly yours,

                                        S/ Linn A. Weissman

                                        Linn A. Weissman
                                        Pro Se Office