Linn A. Weissman
Pro Se Clerk
United States District Court
One Courthouse Way Suite 2300
Boston, MA 02210

Oct 30, 2004

Dear Linn A. Weissman,

   Thank you for your response.
When I wrote to Judge Lindsay, I sent proof that the check for $15.00 had been issued — the receipt I got from the Treasurer's Office at MCI-Norfolk.
   Perhaps the confusion is due to the fact that when my habeas corpus petition was received by the Court, it was mistakenly filed with the First Circuit Court of Appeals, and was assigned No 04-1637, on or about 5-20-04, and then was denied by First Circuit on or about 6-30-04 as being improperly filed. This may have something to do with the confusion, since the check was sent to a different office, suite 2500. In any case, the Treasurer's Office sent the check — if the petition was received, the check was received!
   Please ask Judge Lindsay what happened to the two receipts I sent with my Sep 5th, 2004 letter. If the letter you referred to got there, the receipts got there, as they were in the same letter. I've now spent $1.48 trying to get my $15.00, and the prison will charge me $1.00 to trace the check and another $1.00 to process the $15.00 when the Court returns it. I will wind up with $11.52.
Please help.

Sincerely,
Michelle-Lynne Kosilek

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Greenberg, Rebecca entered on 11/5/2004 at 3:33 PM EST and filed on 11/5/2004
Case Name: Kosilek v. Spencer
Case Number: 1:04-cv-11591
Filer:
WARNING: CASE CLOSED on 10/25/2004
Document Number:

Docket Text:
Electronic Remark: Pro Se Staff Attorney has conversation with Accounting Officer regarding Michelle Lynn Kosilek's claim of overpayment of $15.00 in this action. The Accounting office has determined that the $5 filing fee has been paid in C.A. 04-11591-RCL and that the $15.00 overpayment was applied to the balance of the filing fee owed in C.A. 00-12455-MLW. As it appears that installment payments of the filing fee in that case are being paid through the prison account, the accounting office will forthwith issue a refund check in the amount of $15.00 to Michelle Lynn Kosilek. (Greenberg, Rebecca)

The following document(s) are associated with this transaction:


1:04-cv-11591 Notice will be electronically mailed to:

Annette C. Benedetto    Annette.Benedetto@AGO.state.ma.us, AppealsEFilings@ago.state.ma.us

1:04-cv-11591 Notice will not be electronically mailed to:

Michelle Lynne Kosilek
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056

*copy mailed to Michelle Lynn Kosilek* RG